IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

#155723

ANTONIO WALLACE
Full name and prison number
of plaintiffs(s)

v.

Alabama Dept. of Correction
Former President Ronald Reagan
~~Former~~ Govenor Thomas E. Kilby
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:19-CV-854-WHA
(To be supplied by Clerk of
U.S. District Court)

RECEIVED 2019 NOV -6  A 11:45 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?  YES (✓)  NO ( )

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment?  YES (✓)  NO ( )
       Hugo Black courthouse  9-17-2018 dismissed

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below.  (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:
           Plaintiff(s)  ANTONIO WALLACE
           Juvenile issues and Human Rights
           Defendant(s) ALABAMA Dept. of Cossection former Govenor Thomas E Kilby

       2.  Court (if federal court, name the district? if
           state court, name the county)  Montgomery Alabama

3. Docket number **3-CV-2019 000-426-00**

4. Name of judge to whom case was assigned **James H Anderson**

5. Disposition (for examples Was the case dismissed? Was it appealed? Is it still pending?) **Still pending Writ of CERTIORARI ~~Certiorari~~ GRANTED**

6. Approximate date of filing lawsuit **9-0'-2019**

7. Approximate date of disposition **9-5-2019 Granted**

II. PLACE OF PRESENT CONFINEMENT **Kilby Now have me IN close Custody**

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED **Kilby have me in close custody The State of Alabama went to trail & lose I'm Adding my Name to the Suit**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Thomas F. Kilby | Montgomery, Al. 36104 |
| 2. | Alabama Dept. of Correction | |
| 3. | Former President Ronald Reagan | Washington, DC. |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **1988/1989 First Stop Family court Juvenile 1988 Human Rights Violate Birmingham, Ala 1988-9-15**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR-ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED: **illegal Sentence**

GROUND ONE: **Mental health, Prisoner rights human right, over crowded The State of Ala. done Already lose in trail. I'm just Adding my Name to the suit At the time of the offense I was 16 year old**

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

First durning the morning of High school I were in special class. I got arrested went to Juvenile and from there I been locked up jail, prison. this make 31 years. IN Justice

GROUND TWO: over crowed I'm lose in prison The State of Alabama went to trail & lose

SUPPORTING FACTS: I was At the time of the offense a Juvenile and I first went to family court, I'm just Now after All these years a mental health was done on me. Ala. was tryed and Found guilty on trail. Civil right violation

GROUND THREE: I'm just signing up on the Law suit which is All ready IN place

SUPPORTING FACTS: I been in here and yet have No one done Nothing to help me. my civil rights been done wrong do to over croweness I'm lose in prison The State of Alabama went to trail and lose. I'm adding my Name to the suit

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. I want A House & $390,000,000 Land I'm asking for the Amount of million I been done wrong & there you see I've earn every penny of my request. I would like to be Release with Amnesty giving to me

_Antonio Wallace_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   10-28-2019
(Date)

_Antonio Wallace_
Signature of plaintiff(s)

4

Antonio Wallace #155723 R.#
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, Ala. 36057

legal mail

U.S District Court
1 Church St. Ste. B110
Montgomery AL. 36104

MONTGOMERY AL

$000.65
NOV 04 2019
MAILED FROM ZIP CODE 36117

The correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

36104-401801