ANTONIO JerMain WALLACE #155723
   Plaintiff,

V.

ALA. DEPT. OF CORRECTIONS, et al,

2019 DEC -4 A 10: 14

CIVIL ACTION NO.
2:19-CV-854-WHA
                  CSC

MY Claim Monetary Relief

Judge Charles S Coody UNITED STATES MAGISTRATE Judge

I'm asking for the amount of that because when I came in I was A Juvenile we were Real Poor It was my moma, my 2 Brother's my 2 daughters $390.000,000 million diallo$/ would be enough for me and my Family and I'm a Grand Daddy Now These 31 Years I done serve have done me some Good

yes Ala. Dept. of Corrections Ala. 1901 Constitution and 1776-1787 American Constitution is very much a concern. IN which Ala. Dept. of Correction is IN violation with the Law. and The court have show it. This is why I ask for my Name to be Added on the the law suit which is in place.

Antonio Wallace #155723

Ala. Dept. of Correction 11-30-2019 is in Violation of The 8th Amendment of the U.S. of American Constitution 1776 and 1787., IN mental health dealing & over crowedness with prisoner's & illegal sentence

Constitution of The United States American

1776/1787 **INMATE REQUEST SLIP** R.H.U.

Name Antonio Wallace Quarters E/5 Date 11-30-2019

AIS # 155723

( ) Telephone Call ( ) Custody change ( ) Personal Problem
( ) Special Visit ( ) Time Sheet (✓) Other Juvenile

Briefly Outline Your Request – Then Drop In Mail Box

Civil Action No.
2:19-CV-854-WHA-CSC

My Claim is Monetary Relief Judge Charles S. Coody United States Magistrate Judge, I want the money and land and House I ask for because when I came in I was A Juvenile we were Real Poor. It was my Moma, my 2 Brother's, my 2 daughter's yes $390.000,000 Million would be enough for me and my family Thanks. and I'm a Grand Daddy Now

Do Not Write Below This Line – **For Reply Only**

Antonio Wallace

Approved   Denied   Pay Phone   Collect Call

Request Directed to: (Check One)

( ) Warden ( ) Deputy Warden ( ) Captain
( ) Classification Supervisor ( ) Legal Officer – Notary Public ( ) Record Office

N176

Antonio Wallace #155723
Kilby Correctional
P.O. Box 150
Mt. Meigs, Ala. 36057

R.H.U.
E/5



Office of The Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, Ala. 36104-4018

3610434018 C039