IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO JERMAIN WALLACE, #155723, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-854-WHA |
| ALA. DEPT. OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## **ORDER**

On March 3, 2020, the Magistrate Judge entered a Recommendation (Doc. #13) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The instant complaint challenging the robbery and murder convictions imposed upon the plaintiff in 1989 by the Circuit Court of Jefferson County, Alabama is DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims provide no basis for relief at this time in the instant cause of action.

3. This case is DISMISSED without prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate Final Judgment will be entered.

DONE this 27th day of April, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE